NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Raymond P. Boucher, State Bar No. 115364
 ray@boucher.la
Maria L. Weitz, State Bar No. 268100
 weitz@boucher.la
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel: (818) 340-5400

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD QUINTERO, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>GENERAL MOTORS COMPANY, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:15-cv-02530<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                                Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| RICHARD QUINTERO, Individually and on behalf of All Others Similarly Situated | Plaintiff |
| GENERAL MOTORS COMPANY, a Delaware Corporation | Defendant |
| DOES 1-10, inclusive | Defendant |

December 11, 2015                              /s/ Raymond P. Boucher
Date                                          Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs